UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ariel Monges and Delma Santiago,
Plaintiffs,

v.

Wells Fargo Bank, N.A., et al.,
Defendants.

CIVIL ACTION

NO. 13-11752-GAO

O R D E R

O'TOOLE, D. J.

This action was removed to this Court on July 22, 2013. As of this date there has been no return to the Court of proof of service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court as to defendants Next Home Mortgage Company, Inc. and Richard Gillis.

Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 4.1(b), the claims against Next Home Mortgage Company, Inc. and Richard Gillis in the above-entitled action will be dismissed without prejudice in twenty (21) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made.

By the Court,

June 24, 2014
Date

/s/ Paul S. Lyness
Deputy Clerk